IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff,*<br><br>    v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,<br><br>                *Defendant.* | Case No. 3:24-cv-722 (BJB) |

**HERITAGE FOUNDATION'S & HERITAGE FOUNDATION OVERSIGHT PROJECT EXECUTIVE DIRECTOR MIKE HOWELL'S MOTION TO PARTICIPATE AS** *AMICI CURIAE*

       The Heritage Foundation and Heritage Foundation Oversight Project Executive Director Mike Howell ("Heritage") respectfully seek leave to participate in this matter as *amici curiae* to oppose entry of the Proposed Consent Decree (ECF No. 4-1) ("Proposed Consent Decree") and for the entry of an appropriate briefing schedule and states as follows:

       1.      The Heritage Foundation is a Washington, D.C.-based nonpartisan public policy organization with a national and international reputation whose mission is to "formulate and promote public policies based on the principles of free enterprise, limited government, individual freedom, traditional American values, and a strong national defense." Heritage Foundation, *About Heritage*, https://www.heritage.org/about-heritage/mission (last visited Dec. 20, 2024).

       2.      The Oversight Project is an initiative aimed at obtaining information via Freedom of Information Act requests and other means in order to best inform the public and Congress for the purposes of Congressional oversight as well as pursuing Heritage's policy objectives via litigation. The requests and analyses of information are informed by Heritage's deep policy

expertise. By function, the Oversight Project is primarily engaged in disseminating information to the public. Oversight Project, https://www.heritage.org/oversight (last visited Dec. 20, 2024). The Oversight Project and Mike Howell's journalistic work is published most frequently on X (formally known as Twitter) to provide information directly to the American people. *See* Oversight Project (@OversightPR), X (last visited Dec. 20, 2024), https://twitter.com/OversightPR.

3. Heritage has long been involved in providing academic analysis and policy proposals concerning local policing. In particular, Heritage's experts have recently published articles critiquing policy efforts by the outgoing Biden Administration and other politically aligned groups to restrict traditional policing. Mike Gonzalez, *A Decade of Ignorance, Ferguson inaugurated ten years of lies about race in America*, City Journal (Aug. 12, 2024), https://www.city-journal.org/article/ferguson-inaugurated-ten-years-of-lies-about-race-in-america; Cully Stimson, Zack Smith, & Kevin Dayaratna, *The Blue City Murder Problem*, The Heritage Foundation (Nov. 4, 2022), https://www.heritage.org/crime-and-justice/report/the-blue-city-murder-problem.

4. Additionally, Heritage experts write extensively on complex issues of federal law and procedure and routinely testify on the same. *See, e.g.*, Steven G. Bradbury, *We Must Reform America's Politicized Law Enforcement. Here's How to Start.*, The Heritage Foundation (Jun. 12, 2023), https://www.heritage.org/crime-and-justice/commentary/we-must-reform-americas-politicized-law-enforcement-heres-how-start (last visited Dec. 20, 2024).

5. The Oversight Project frequently litigates in Federal Courts across the nation and its attorneys regularly appear on national media to provide explanation and commentary on complex legal topics. The Heritage Foundation and its experts file briefs as *amicus curie* to

advance the Heritage Foundation's policy perspectives. *See, e.g.*, Brief of Heritage Found. as *Amicus Curie*, *United States v. Hunter Biden*, No. 23-cr-61(MN) (D Del. July 25, 2023) (ECF NO. 13); *Amici Curiae* Brief of Former Civil Rights Officials, *Dekker v. Secretary, Florida Agency for Health Care Admin. et al.*, No. 23-12155 (11th Cir. Oct. 13, 2013).

WHEREFORE, for the foregoing reasons and for those stated in the accompanying Memorandum, the Heritage Foundation prays that the Court:

(1) Enter a briefing schedule allowing Heritage Foundation (and any other interested *amicus* or intervenor) to file a brief with accompanying expert reports opposing the entry of the Proposed Consent Decree 40 days from the grant of this Motion; the Department and Defendant to file a responsive pleading 30 days thereafter; and an evidentiary fairness hearing to be held 15 days thereafter;

(2) Permit the foregoing briefs to be up to 50 pages due to extraordinary length of the Proposed Consent Degree, the numerous foundational legal issues it raises, and the complex factual questions at issue;

(3) Permit Heritage to present evidence and otherwise fully participate in the fairness hearing and to be heard at any oral argument on points of law.

Dated:  December 20, 2024

Respectfully submitted,

 /s/ R. Kent Westberry
R. KENT WESTBERRY
75883
LANDRUM & SHOUSE LLP
220 W. Main St., Suite 1900
Louisville, KY  40202-1395
(502) 589-7616
kwestberry@landrumshouse.com

BRIDGET M. BUSH
91734
LANDRUM & SHOUSE LLP
220 W. Main St., Suite 1900
Louisville, KY  40202-1395
(502) 589-7616
bbush@landrumshouse.com

SAMUEL EVERETT DEWEY
(D.C. Bar No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:   (703) 261-4194
Email:  samueledewey@sedchambers.com
(*pro hac vice* pending)

ERIC NEAL CORNETT
(D.C. Bar No. 1660201)
Law Office of Eric Neal Cornett
Telephone:  (606) 275-0978
Email:  neal@cornettlegal.com
(application for admission pending)

*Counsel for Plaintiffs*

Case 3:24-cv-00722-BJB-RSE    Document 11    Filed 12/20/24    Page 5 of 6 PageID #: 416

# **CERTIFICATE OF SERVICE**

It is hereby certified by undersigned counsel that the foregoing was filed on this 20th day of December, 2024 through the federal Case Management Electronic Case Filing (CM/ECF) system which will generate a notice of electronic filing (NEF) to all users who have registered in this action:

Amy Senier
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
Amy.senier@usdoj.gov

Calesia Henson
U.S. Attorney's Office
717 West Broadway
Louisville, KY 40202
Calesia.henson@usdoj.gov

David G. Cooper
U.S. Department of Justice
Civil Rights Division
4 Constitution Square
150 M. Street NE
Washington, DC 20011
David.cooper@usdoj.gov

Haley Van Erem
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
Haley.vanerem@usdoj.gov

Jessica R. Cusick Malloy
U.S. Attorney Office – Louisville
717 W. Broadway
Louisville, KY 40202
Jessica.malloy@usdoj.gov

Lily Sawyer Kaplan
U.S. Department of Justice
150 M. St. NE
Washington, DC 20009
Lily.sawyer-kaplan@usdoj.gov

Suraj Kumar
U.S. Department of Justice

950 Pennsylvania Ave., NW
Washington, DC 20530

Syeda Mehveen Riaz
U.S. Department of Justice
950 Pennsylvania Ave., NW
Ste. 4 Conn, Suite 10.926
Washington, DC 20530
Syeda.riaz@usdoj.gov

Andrew S. Miller
Jefferson County Attorney – Civil
200 S. Fifth Street, Ste. 300n
First Trust Centre
Louisville, KY 40202
Andrew.miller@louisvilleky.gov

Annale Renneker Taylor
Jefferson County Attorney
531 Court Place, Ste. 900
Louisville, KY 40202
Annale.taylor@louisvilleky.gov

Erin C. Farnham
Jefferson County Attorney
200 S. Fifth Street, Suite 300N
Louisville, KY 40202
Erin.farnham@louisvilleky.gov

Lisa S. Jarrett
Jefferson County Attorney
First Trust Centre
200 S. Fifth Street, Suite 300N
Louisville, KY 40202

/s/ R. Kent Westberry