**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Filed Electronically*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>   v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,<br><br>                Defendant | Civil Action No. 3:24-cv-722-BJB |

### AGREED ORDER FOR ENLARGEMENT OF DEFENDANT'S TIME TO FILE ANSWER

Upon agreement of the parties pursuant to L.R. 7.1(b), Plaintiff, United States of America, and Defendant, Louisville/Jefferson County Metro Government, by their respective counsel, and this Court being in all ways and sufficiently advised,

IT IS HEREBY ORDERED: the deadline for Defendant, Louisville/Jefferson County Metro Government, to file Answer in response to Plaintiff's Complaint filed on December 12, 2024 is hereby extended from January 6, 2025 to January 20, 2025.

Have seen and agreed:

/s/ Annale R. Taylor
ANNALE R. TAYLOR
ANDREW MILLER
ERIN C. FARNHAM
LISA S. JARRETT
OFFICE OF MICHAEL J. O'CONNELL,
JEFFERSON COUNTY ATTORNEY
First Trust Centre
200 S. 5th Street, Suite 300N
Louisville, KY 40202
*Attorneys for Louisville/Jefferson County Metro Government*

AND

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

REGAN RUSH
Chief Special Litigation Section

PAUL KILLEBREW
Deputy Chief Special Litigation Section

_____
S. MEHVEEN RIAZ
DAVID G. COOPER
SURAJ KUMAR
LILY SAWYER-KAPLAN
AMY SENIER
HALEY VAN EREM
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530

_____
Jessica R. C. Malloy
Calesia Henson
Western District of Kentucky
717 West Broadway
Louisville, KY 40202
Jessica.Malloy@usdoj.gov
*Attorneys for the United States*