**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:24-cv-722-BJB |
| LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT, | |
| Defendant. | |

**[PROPOSED] ORDER ON MOTION FOR PERMISSION TO FILE AMICUS BRIEF AND TO APPEAR AT HEARING IN SUPPORT OF PARTIES' JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Upon consideration of Motion for Permission To File Amicus Brief in Support of Parties' Joint Motion for Entry of Consent Decree, it is hereby ORDERED that the Motion is granted, the request for *amici* to file a brief of up to 30 pages is granted, the request for *amici* to address specific questions or issues regarding the behavioral health provisions in Section VIII of the proposed Consent Decree at the hearing in this matter set for January 13, 2025 is granted, and the brief shall be deemed filed.

Done this ____ day of _____, 2025.

_____
Judge Benjamin Beaton