**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
Louisville DIVISION**

United States

-vs-

Case No.: 3:24-cv-722 (BJB)

Louisville Jefferson County Metro Government

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Lindsey Nicole Simmons, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent Bazelon Center for Mental Health Law in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Baker & Hostetler LLP

   with offices at

   Mailing address: 1050 Connecticut Avenue, NW; Suite 1100

   City, State, Zip Code: Washington, D.C. 20036

   Telephone: (202) 861.1500

   E-Mail: LSimmons@bakerlaw.com

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| New York | February 8, 2016 | 5417027 |
| Washington, D.C. | February 21, 2023 | 90010131 |
| Supreme Court of the United States | June 13, 2024 | 322298 |
| U.S. Court of Appeals, Eighth Circuit | Feb. 2, 2024 | (No # Given by 8th Cir.) |
| U.S. Court of Appeals, District of Columbia Circuit | Feb. 7, 2024 | 65091 |

3. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

_____
_____

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course OR ☐ on-line tutorial authorized class room training OR ☑ other method Please explain:
Applicant has complied with ECF training in admitted jurisdictions and routinely files by ECF in other federal courts.
_____
_____

6. Applicant tenders with this Motion the following:

   ☑ The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Lindsey Nicole Simmons** to the Western District of Kentucky *pro hac vice* for this case only.

*Lindsey Simmons*
[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

*Jennifer L. Brumfield*
Signature

312 Walnut Street, Ste 3200
Mailing Address

Cincinnati, OH
City/State

45202
Zipcode

(513) 929.3400
Telephone

LSimmons@bakerlaw.com
Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.