# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
<u>Louisville</u> **DIVISION**

<u>United States</u>

-vs-                                                            Case No.: <u>3:24-cv-722 (BJB)</u>

<u>Louisville Jefferson County Metro Government</u>

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, <u>Lindsey Nicole Simmons</u>, is permitted to argue or try this case in whole or in part as counsel for <u>Bazelon Center for Mental Health Law</u>. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.