UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, <br><br> Defendant | Case No. 3:24-CV-00722-BJB <br><br> *Electronically filed* |

**ORDER**

Motion having been made, and the Court being sufficiently advised:

**IT IS HEREBY ORDERED** that:

The Motion by ACLU of Kentucky and 14 Other Louisville Community Organizations For Leave To File Amicus Curiae Brief Supporting Entry Of The Parties' Negotiated Consent Decree is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that:

The Clerk **SHALL** file the tendered Amicus Brief in the above-styled action.