## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

*Filed Electronically*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>     v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,<br><br>            Defendant | Civil Action No. 3:24-cv-722-BJB |

### DEFENDANT LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT'S WITNESS AND EXHIBIT LIST FOR JANUARY 13, 2025, HEARING

Pursuant to the Court's December 28, 2024, Opinion & Order Setting a Hearing Re: Consent Decree, Defendant Louisville/Jefferson County Metro Government submits the following Exhibit and Witness list for the January 13, 2025, Hearing.

**EXHIBITS:**

| No. | Exhibit Description | Page number |
|---|---|---|
| A | March 20, 2022 letter from DOJ's Paul Killebrew to LJCMG's Eric Graninger | 1 |
| B | Spreadsheet of Findings Letter Incidents | 8 |
| C | Documents made available by LMPD on https://www.louisville-police.org/895/Information-in-Reference-to-DOJ-Findings as of January 9, 2025 | To be tendered to the court and other Parties January 13, 2025 |
| D | Affidavit of LMPD Deputy Chief Emily McKinley | 12 |
| E | Affidavit of LMPD Chief Paul Humphrey | 17 |
| F | Affidavit of Rhonal Heady | 24 |
|   | Any exhibits offered by another Party to this matter |   |

**WITNESSES**:
- LMPD Chief Paul Humphrey
- Any witnesses on Plaintiff or Proposed Intervenor's witness list

To the extent, Plaintiff or Proposed Intervenor refuse to stipulate to the authenticity of any evidence, Defendant reserves the right to call qualified witnesses for admissibility purposes. Defendant reserves the right to supplement this list to include witnesses to rebut the testimony of any witness whom any of the Parties subsequently discloses.

Respectfully Submitted,

/s/ *Megan A. Metcalf*____

MEGAN A. METCALF
Deputy General Counsel
Office of Mayor Craig Greenberg,
Louisville/Jefferson County Metro Government
527 W. Jefferson Street
Louisville, KY 40202
(502) 574-7270
megan.metcalf@louisvilleky.gov

**CERTIFICATE OF SERVICE**

On January 12, 2025, the forgoing Witness and Exhibit List was served on the Court and all Parties via the Court's electronic filing system.

/s/ Megan A. Metcalf____
Megan A. Metcalf