**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Filed Electronically*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,<br><br>    Defendant. | Civil Action No. 3:24-cv-722-BJB-RSE |

## EXHIBITS LIST

The United States, through undersigned counsel, respectfully submits the following Exhibits List, for purposes of the Court's January 13, 2025 hearing:

 Exhibit A: Indictments and Convictions Digest;

 Exhibit B: Declaration of Amy Hannah;

 Exhibit C: Declaration of Natalie Harris;

 Exhibit D: Declaration of Rev. Dr Angela Johnson;

 Exhibit E: Declaration of Will D. Johnson;

 Exhibit F: Declaration of Kevin Martone;

 Exhibit G: Declaration of Kathleen O'Toole; and

 Exhibit H: Declaration of Rabbi Robert Slosberg.

            Respectfully submitted,

            KRISTEN CLARKE
            Assistant Attorney General
            Civil Rights Division

REGAN RUSH
Chief
Special Litigation Section

PAUL KILLEBREW
Deputy Chief
Special Litigation Section

_____
S. MEHVEEN RIAZ
DAVID G. COOPER
SURAJ KUMAR
LILY SAWYER-KAPLAN
AMY SENIER
HALEY VAN EREM
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-6255

_____
JESSICA R. C. MALLOY
CALESIA HENSON
Assistant United States Attorneys
Western District of Kentucky
717 West Broadway
Louisville, KY 40202
(502) 582-5911
Jessica.Malloy@usdoj.gov

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

On January 12, 2025, a true and correct copy of the foregoing was filed with the Court and served on counsel via the court's electronic filing system.

_____
JESSICA R. C. MALLOY
*Attorney for the United States*