# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
### Louisville DIVISION

United States

-vs-

Case No.: 3:24-cv-722-BJB

Louisville/Jefferson County Metro Government

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Elizabeth B. McCallum, is permitted to argue or try this case in whole or in part as counsel for Bazelon Center for Mental Health Law. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.