**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Filed Electronically*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,<br><br>               Defendant. | Civil Action No. 3:24-cv-722-BJB-RSE |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COURT'S JANUARY 18, 2025 ORDER FOR SUPPLEMENTAL BRIEFING (DN 54)**

Plaintiff, the United States of America, through undersigned counsel, respectfully requests the Court grant the Parties an additional 30 days to respond to the Court's January 18, 2025 order for supplemental briefing (DN 54). Pursuant to the Court's order, the Parties' response is due on February 18, 2025. The United States is currently considering the questions that the Court directed the Parties to answer and briefing new DOJ leadership on the matter and seeks an extension to Thursday, March 20, 2025 to submit its response. Counsel for the United States conferred with counsel for both the Defendant and the prospective Intervenor who do not oppose the relief requested in this motion for an extension of time.

## CONCLUSION

Based on the foregoing, the United States respectfully requests the Court extend the Parties' deadline for responding to the Court's January 18 order for supplemental briefing from February 18, 2025 to March 20, 2025.

        Respectfully submitted,

        KATHLEEN P. WOLFE
        Acting Assistant Attorney General
        Civil Rights Division

        REGAN RUSH
        Chief
        Special Litigation Section

        PAUL KILLEBREW
        Deputy Chief
        Special Litigation Section

        /s/
        S. MEHVEEN RIAZ
        DAVID G. COOPER
        SURAJ KUMAR
        LILY SAWYER-KAPLAN
        AMY SENIER
        HALEY VAN EREM
        Trial Attorneys
        United States Department of Justice
        Civil Rights Division
        Special Litigation Section
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        (202) 514-6255

        /s/
        JESSICA R. C. MALLOY
        CALESIA HENSON
        Assistant United States Attorneys
        Western District of Kentucky
        717 West Broadway
        Louisville, KY 40202
        (502) 582-5911
        Jessica.Malloy@usdoj.gov
        *Attorneys for the United States*

**CERTIFICATE OF SERVICE**

On February 13, 2025, the foregoing Response was served on the Court, all Parties, and the prospective intervenors and *amici curiae*, via the Court's electronic filing system.

JESSICA R. C. MALLOY
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-5911