

**Craig Greenberg**
Mayor

**Edward J. Meiman III**
Executive Director

TO:	All Communications Personnel

FROM:	Angela Downes
	MetroSafe Assistant Director

DATE:	Revised July 25, 2024

RE:	Crisis Call Deflection Program
	**Emergency Services MetroSafe GM 22-005**

**Revised July 25, 2024 to change the way we send calls to deflection when criteria is met**

**Purpose:** Define 911 Operator responsibilities in the **C**risis **C**all **D**eflection Program

**Background:** CCD focuses on diverting non-emergent mental health related calls away from LMPD and to a  **B**ehavioral **H**ealth **H**ub located in the 911 center. **C**risis **T**riage **W**orkers will be available in MetroSafe 24 hours a day/7 days a week and can receive eligible calls transferred directly from 911 Operators.

CTW 1 - sits at Position 32
CTW 2 - sits at Position 33
CTW 3 - sits at Position 34

**Crisis Triage Workers Core Functions:**
1. Call Diversion
2. Call Consult
3. Call De-escalation

**Calls Not Eligible for CTW Intervention:**

- An individual in ***physical possession*** of firearms, knives, or any other weapons (i.e., simply having a weapon in the home is not a disqualifier)
- An individual under the influence of alcohol or drugs to the extent requiring medical intervention (overdose or detox)
- An individual ***in the process of*** hurting/killing self or threatening to hurt/kill others with the means and intent
- An individual requiring medical attention because of a self-inflected injury

- An individual with known violent tendencies (i.e., dangerous location indicator) or exhibiting violent behavior
- When the individual in crisis or another person on scene has committed a violent crime (e.g., family violence)
- If the caller is 3rd party

**Calls Eligible for CTW Intervention:**
- 1st party CIT callers in any LMPD division experiencing a Mental Health (MH) crisis and **NOT** actively attempting suicide or physically violent toward themselves or others
- 2nd party caller (person with the CIT subject) in any LMPD Division, who is with the subject experiencing a Mental Health (MH) crisis who is NOT actively attempting suicide or physically violent toward themselves or others.
- Repeat CIT callers in Jefferson County, experiencing a Mental Health crisis and NOT actively attempting suicide or physically violent toward themselves or others.
  - "Repeat CIT Caller" is defined as a caller with a CIT history in CAD or known to the Call Taker, who has called more than once in the last 3 months and is experiencing a Mental Health crisis and NOT actively attempting suicide or physically violent toward themselves or others.
    - If it has been more than 3 months ago, they are not considered a "repeat CIT caller".

**Calls from LMPD Eligible for CTW Intervention:**
- Any LMPD division that responds or self-initiations on a CIT subject, secures the scene, and believes intervention from the CTW or MCRT will be beneficial.
  - The officer will call MetroSafe, provide the MetroSafe call taker with the location, and ask to be transferred to the Behavioral Health Hub/CTW.
    - The 911 call taker will find the event and copy it to the CTW (if available) using "DEFLECTION" and subtype POLICE_REQ and transfer the officer to the Behavior Health Hub to speak to the CTW. This new subtype was created to track the calls for service where an officer requests deflection.

**CTW Responsibilities:**
- CTW's will triage the call circumstances for safety following safety guidelines
- If there is no serious threat, de-escalate and problem solve with the caller over the phone. If the situation requires face to face intervention and no safety threat has emerged, the Mobile Crisis Response Team (MCRT) may be dispatched by the CTW
- If there IS a threat, CTW's will transfer the call back to the 911 operator.

**911 Operator Process:**

**Answering the initial call:**

- **Operators <u>may</u> ask the following questions in addition to normal call triage to help determine if DEFLECTION is appropriate.**
    - Are you experiencing a mental health crisis?
    - Do you have any weapons in your possession right now, or anything you want to harm yourself with?
    - Have you been drinking or taken any drugs requiring medical assistance?
    - Have you harmed yourself, if so how?

**Transferring a call to the CTW:**
- **When a call meets the criteria listed above and a CTW is available:**
    - See if the CTW is available in the phone system and use the transfer button to send to all available CTWs.
    - The 911 operator will use the event type "DEFLECTION" to send the call for service to the CTW. They will then transfer the caller to the CTW if they are not on another call.
    - If the CTW is on another phone call, the 911 operator can ask the caller if the Crisis Triage Worker can call them back.
    - If the caller agrees you will send the call for service up in CAD using "DEFLECTION" and put a note in the narrative that says to call the complainant back.
    - CTW's will monitor calls in their pending queue and will make call backs as soon as they are available.

- **If the caller doesn't want to wait for the CTW to call them back:**
    - Change the event type to **10-14 Mental Health (CIT Deflection not available)** and put a note in the call for service on why it needs to be dispatched (i.e., CTW on another call and caller refused call back).

- **If the CTW isn't available: i.e., not working, but meets all other criteria.**
    - Send the call for service up as a **10-14 Mental Health (Deflection not available).**
        - The SGT's do have the ability to cancel the run out like they do now, but we will be able to track for future expansion and staffing.

- **When the CTW is handling a call and it needs to be sent to police:**
    - The CTW will transfer the call back to a call taker and advise them of the situation.
    - The Call Taker will copy the event to Police using one of the following subtypes under **10-14 Mental Health**
        - **CIT**
            - *used for all CIT's that do not meet deflection criteria i.e. 3rd party calls, weapons in possession*
        - **Deflection not available**
            - *call fits the deflection criteria but the CTW isn't available*
        - **Assist Deflection**
            - *used if the Mobile Response Team needs police assistance non-emergency- CTW should contact call taker/dispatcher to request this event type be sent*
        - **MIW**
            - *used for serving an MIW including self-initiation by officers*

410 S 5th Street    Louisville, KY  40202
Office Phone 502.572.3460     FAX 502.572.3498

- **Refused Deflection**
  - *Used if the caller fits the deflection criteria but ~~refuses to be transferred to the CTW or~~ refuses the CTW's help or MCRT.*
- **When transferring a call to deflection that meets the criteria, you will tell the caller; "Let me get someone on the line to help", and then transfer the caller to the CTWs. You will no longer ask if the caller wants to be transferred.**

  - **The CTW will then close the event using a disposition code**
    **Cancelled**
    **Duplicate Event**
    **Handled by Deflection**
    **Test**
    **Transferred to Metro**
    **Refused Deflection**

- **There has been an additional option under 10-30 Responder in Trouble to include "DEFLECTION". This will be used if the MCRT comes up on Mutual Aid needing emergency assistance.**

Revised May 10, 2022 – to include 1st division
Revised July 22, 2022 – to include 2nd division effective July 25, 2022
Revised November 2, 2022 – to include 3rd division effective November 7, 2022
Revised November 7, 2022 – to include all repeat callers meeting repeat caller criteria : e.g. J-town, Shively ETC.
Revised January 25, 2023 – to include the 5th and 6th division effective January 30th.
Revised March 10, 2023 – to add a subtype of Refused Deflection under 1014 and Police Request under DEFLECTION.
Revised March 21, 2023 – to include LMPD Divisions 7 and 8. This is now all LMPD Divisions.
Revised June 12, 2023 – to expand to 12 hours a day; 1000-2200 effective July 1, 2023.
Revised January 22, 2024 – to expand to 16 hours a day; 1000-0200 effective February 4, 2024.
Revised June 10, 2024 – to expand to 24 hours a day; 7 days a week, and a few cosmetic changes( in red).
Revised July 25, 2024- to change the way call takers send eligible deflection calls to deflection effective July 29, 2024.