UNITED STATES DISTRICT COURT
Western District of Kentucky

**EXHIBIT INVENTORY**

FILED
JAMES J. VILT, JR. - CLERK
FEB 20 2025
U.S. DISTRICT COURT
W. DIST. KENTUCKY

Case Number:   3:24-CV-00722_____Style of Case:   USA v. Louisville Jefferson Co Metro Govt
Received from:   Becky Boyd   Received by_____   Date: 2/20/25

Proceedings:   In-Person Hearing   1/13/25

| DEFENDANT NUMBER | DESCRIPTION | PLAINTIFF NUMBER | DESCRIPTION |
|---|---|---|---|
| 1 | Binder | 1 | Hard drive |

**DISPOSITION OF EXHIBITS:**

ITEMS:_____

RECEIVED BY:_____DATE:_____

RETURNED  BY:_____DATE:_____

ITEMS:_____

RECEIVED BY:_____DATE:_____

RETURNED  BY:_____DATE:_____

ITEMS:_____

RECEIVED BY:_____DATE:_____

RETURNED  BY:_____DATE:_____

OTHER  DISPOSITION:_____

**DATE:_____RETURNED BY:_____, Deputy Clerk**