**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Civil Action No. 3:24-CV-722-BJB

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT,

    Defendant,

## **ORDER**

Motion having been made and this Court being sufficiently advised,

**IT IS HEREBY ORDERED** that amicus Louisville Metro Council Minority Caucus' Motion to Enlarge Time is granted. The Clerk is hereby directed to file amicus' Motion by the Republicans of the Louisville Metro Council Minority Caucus for Leave to File Amicus Brief and Memorandum in Support of Law.

_____
JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

DATE:_____

ORDER TENDERED BY:

/s/ Jonathan S. Ricketts
Jonathan S. Ricketts
Ricketts Law Offices, PLLC
4055 Shelbyville Road
Louisville, KY 40207
jricketts@rickettslawoffices.com
*Counsel for Amicus Curiae,*
*Minority Caucus*