UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Filed Electronically*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,<br><br>                Defendant. | Civil Action No. 3:24-cv-722-BJB-RSE |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COURT'S JANUARY 18, 2025 ORDER FOR SUPPLEMENTAL BRIEFING (DN 54)**

Plaintiff, the United States of America, through undersigned counsel, respectfully requests the Court grant it an additional 30 days to respond to the Court's January 18, 2025 order for supplemental briefing (DN 54). On February 13, 2025, the United States filed an unopposed motion for an extension of time, seeking an additional 30 days to respond, which the Court granted on February 14, 2025. Pursuant to the Court's February 14 order, the United States' response is due on March 20, 2025.

The United States is continuing to consider the questions that the Court directed the Parties to answer and seeks an extension, to Monday, April 21, 2025, to submit its response. Counsel for the United States conferred with counsel for both the Defendant and the prospective Intervenor who take no position on this motion for an extension of time.

## CONCLUSION

Based on the foregoing, the United States respectfully requests the Court extend its deadline for responding to the Court's January 18 order for supplemental briefing, from March 20, 2025 to April 21, 2025.

Respectfully submitted,

MAC WARNER
Deputy Assistant Attorney General
Civil Rights Division

REGAN RUSH
Chief
Special Litigation Section

PAUL KILLEBREW
Deputy Chief
Special Litigation Section
S. MEHVEEN RIAZ
SURAJ KUMAR
LILY SAWYER-KAPLAN
AMY SENIER
HALEY VAN EREM
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-6255

JESSICA R. C. MALLOY
CALESIA HENSON
Assistant United States Attorneys
Western District of Kentucky
717 West Broadway
Louisville, KY 40202
(502) 582-5911
Jessica.Malloy@usdoj.gov
*Attorneys for the United States*

## CERTIFICATE OF SERVICE

On March 19, 2025, the foregoing was served on the Court, all Parties, the prospective intervenors, and *amici curiae*, via the Court's electronic filing system.

/s/ Jessica Malloy
JESSICA R. C. MALLOY
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-5911