UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Filed Electronically*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,<br><br>        Defendant. | Civil Action No. 3:24-cv-722-BJB |

## NOTICE OF WITHDRAWAL

Please take notice that attorney Amy Senier hereby withdraws as counsel of record for the United States in this matter.

Dated: March 28, 2025

*s/ Amy Senier*
AMY SENIER
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530

JESSICA R. C. MALLOY
CALESIA HENSON
Assistant United States Attorneys
Western District of Kentucky
717 West Broadway
Louisville, KY 40202
(502) 582-5911
Jessica.Malloy@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

On March 28, 2025, the foregoing Notice of Withdrawal was served on the Court, all Parties, and the prospective *amici curiae*, via the Court's electronic filing system.

> *s/ Amy Senier*
> AMY SENIER
> Trial Attorney
> United States Department of Justice
> Civil Rights Division
> Special Litigation Section
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530
> 202-532-5099
> amy.senier@usdoj.gov