**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Filed Electronically*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,<br><br>    Defendant. | Civil Action No. 3:24-cv-722-BJB-RSE |

**PROPOSED ORDER**

The United States of America having moved for an extension of time to respond to the Court's January 18, 2025 order for supplemental briefing, Defendant and proposed Intervenor taking no position, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the United States' Motion is GRANTED. The deadline for it to respond to the Court's January 18, 2025 order is hereby extended to May 21, 2025.

                      _____
                      JUDGE

TENDERED BY:

Jessica R. C. Malloy
Assistant United States Attorney
Western District of Kentucky