UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Filed Electronically*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,<br><br>    Defendant. | Civil Action No. 3:24-cv-722-BJB |

## NOTICE OF WITHDRAWAL AND SUBSTITUION

Please take notice that attorney Paul Killebrew, S. Mehveen Riaz, David Cooper, Haley Van Erem, Suraj Kumar, and Lily Sawyer-Kaplan hereby withdraw as counsels of record for the United States in this matter. Jeffrey R. Murray is hereby substituted as counsel of record.

Dated: May 2, 2025


HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

REGAN RUSH
Chief

PAUL KILLEBREW
Deputy Chief

| | |
|---|---|
| S. MEHVEEN RIAZ<br>JEFFREY R. MURRAY<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 353-9269<br>Jeff.Murray@usdoj.gov | /s/ Jessica Malloy<br>JESSICA R. C. MALLOY<br>CALESIA HENSON<br>Assistant United States Attorneys<br>Western District of Kentucky<br>717 West Broadway<br>Louisville, KY 40202<br>(502) 582-5911<br>Jessica.Malloy@usdoj.gov<br>*Attorneys for the United States* |

**CERTIFICATE OF SERVICE**

On May 2, 2025, the foregoing Notice of Withdrawal was served on the Court, all Parties, and the prospective *amici curiae*, via the Court's electronic filing system.

```
_____
JESSICA R. C. MALLOY
Assistant United States Attorney
Western District of Kentucky
717 West Broadway
Louisville, KY 40202
(502) 582-5911
Jessica.Malloy@usdoj.gov
```