## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
*Filed Electronically*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,<br><br>　　　　　Defendant. | Civil Action No. 3:24-cv-722-BJB-RSE |

### [PROPOSED] ORDER

Before the Court is Plaintiff United States of America's Unopposed Motion to Dismiss. Based upon review of the Motion and for good cause shown, the Court finds the Motion shall be **GRANTED.**

**IT IS HEREBY ORDERED** that this matter be dismissed with prejudice.

DATED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BENJAMIN BEATON
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

TENDERED BY:

Jeffrey Murray
Trial Attorney
United States Department of Justice