UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff<br><br>v.<br><br>LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,<br><br>       Defendant | Case No. 3:24-cv-722-BJB |

## NOTICE OF WITHDRAWAL

Please take notice that Megan A. Metcalf withdraws as an attorney of record for Defendant Louisville/Jefferson County Metro Government in this matter.

Respectfully Submitted,

/s/ *Megan A. Metcalf*

MEGAN A. METCALF
Deputy General Counsel
Office of Mayor Craig Greenberg,
Louisville/Jefferson County Metro Government
527 W. Jefferson Street
Louisville, KY 40202
(502) 574-7270
megan.metcalf@louisvilleky.gov

## **CERTIFICATE OF SERVICE**

      On September 3, 2025, the foregoing Notice of Withdrawal was served on the Court and all Parties via the Court's electronic filing system.

      /s/ Megan A. Metcalf
Megan A. Metcalf
Deputy General Counsel
Office of Mayor Craig Greenberg,
Louisville/Jefferson County Metro Government
527 W. Jefferson Street
Louisville, KY 40202
(502) 574-7270
megan.metcalf@louisvilleky.gov